IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ELIZABETH S. PENCE, | ) | Bankr. Case No. 13-61117 |
| | ) | |
| Debtor. | ) | |
| ------------------------------------------------------ | ) | |
| JUDY A. ROBBINS, | ) | |
| UNITED STATES TRUSTEE | ) | |
| FOR REGION FOUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 13-06072 |
| | ) | |
| ELIZABETH S. PENCE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER RESOLVING ADVERSARY PROCEEDING

This cause came to be heard upon the United States Trustee's complaint objecting to discharge.

Upon agreement of the parties, the Adversary Proceeding is resolved pursuant to the following terms and conditions:

1. This case shall be closed without the entry or denial of a discharge and without findings concerning whether any of the debts of the debtor are dischargeable.

2. The case will be dismissed and the debtor is barred from re-filing any bankruptcy case for a period of one (1) year following the entry of the order.

3. Counsel for the United States Trustee will serve this Order on all parties in interest listed on the debtor's matrix of creditors.

      4.      All parties in interest shall have twenty-one (21) days from the date of the entry of this Order to object to the dismissal of the bankruptcy case.  Absent objections, this case will be dismissed subject to the conditions set forth above.

Enter : September 5, 2014

_____
United States Bankruptcy Court Judge

REQUESTED:
UNITED STATES TRUSTEE
By: */s/ Margaret K. Garber*
210 First Street, S.W., Suite 505
Roanoke, Virginia 24011
margaret.k.garber@usdoj.gov


SEEN:
ELIZABETH S. PENCE
By:*/s/ Larry L. Miller  with permission via electronic mail*
Larry L. Miller
larry@millerlawgrouppc.com